SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | Case No. **2:12-cv-00612-MCE-CKD** |
| Plaintiff, | **ORDER RE: REQUEST FOR DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| Ik Soo Park, et al | |
| Defendants | |

IT IS HEREBY ORDERED THAT this action is hereby Dismissed Without Prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated:   November 30, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE